## JOHN BURBANK *versus* WARREN HOWARD, NATHANIEL CHAMP, ELIAS E. BOUDINOT, RICHARD STOCKTON, STEPHEN N. BAYARD, AND MELVIN DORR.

JOURNAL ENTRIES (1829): *Journal 4:* (1) Motion to quash subpoena *p. 294; (2) bill dismissed *p. 298; (3) order dismissing bill rescinded, leave given to withdraw bill *p. 315.

PAPERS IN FILE: (1) Bill of complaint; (2) writ of subpoena and return; (3) draft of order for notice by publication; (4) motion to dismiss; (5) stipulation for withdrawal of bill, etc.; (6) money bond—Warren Howard to John Burbank.

*Chancery Case* 103 of 1828.

## THOMAS PALMER *versus* RICHARD McDONALD AND WILLIAM GALLAGHER.

JOURNAL ENTRIES (1829–31): *Journal 4:* (1) Continued *p. 299; (2) continued *p. 440; (3) bill dismissed *p. 452.

PAPERS IN FILE: (1) Bill of complaint, allowance of injunction; (2) bond for injunction; (3) writ of injunction and return; (4) writ of subpoena and return.

*Chancery Case* 106 of 1828.